THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT LESLIE POHL, Appellant, et al., Defendants.

Argued October 18, 1951; decided December 6, 1951.

*Charles W. Webster* and *John O. Henderson* for appellant.
*Gordon Steele, District Attorney (Leonard Finkelstein* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.